IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JAN 18 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants.<br>and<br><br>STATE OF WYOMING; STATE OF IDAHO; SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos. CV 17–117–M–DLC, CV 17–118–M–DLC, CV 17–119–M–DLC, and CV 17–123–M–DLC)<br><br>ORDER |

This matter now fully briefed and ready for oral argument,[1]

IT IS ORDERED that the Court will conduct a hearing on the Defendants Motion to Stay (Doc. 61) on Tuesday, March 13, 2018 at 1:30 p.m. at the Russell Smith Courthouse in Missoula, Montana.

DATED this 18th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court

---

[1] The Court understands that reply briefs are forthcoming.